Argued and submitted May 21, reversed and remanded for reconsideration on petition and on cross-petition September 22, 1993

In the Matter of the Compensation of
Olga I. Soto, Claimant.
Olga I. SOTO,
*Petitioner - Cross-Respondent,*

*v.*

SAIF CORPORATION
and Little Learning Center,
*Respondents - Cross-Petitioners.*
(WCB 91-12369; CA A74702)
860 P2d 824

Edward J. Harri, Salem, argued the cause for petitioner - cross-respondent. With him on the briefs was Stanley Fields, Salem.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for respondents - cross-petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration on petition and on cross-petition. *Pacheco-Gonzalez v. SAIF*, 123 Or App 312, 860 P2d 822 (1993).